IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JANE DOE,

Plaintiff,

v.

MARCUS LANE, *et al.*

Defendants.

Cause No. 2-26-CV-00030-JSD

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT VEVIA STURM PURSUANT TO FEDERAL RULE 41 (a)

COMES NOW Plaintiff Jane Done, by and through counsel, and provides this Notice of Voluntary Dismissal Without Prejudice of Defendant Vevia Sturm, and Vevia Sturm only, from this cause of action pursuant to Federal Rule 41(a).

Counsel for Plaintiff has consulted with the Assistant Attorney General representing Ms. Sturm and she has consented to the filing of this Notice.

Respectfully Submitted,

**O'BRIEN LAW FIRM, PC**

BY: /S/ *Luke A. Baumstark*
Grant C. Boyd #67362
Luke A. Baumstark #56344
Joeseph T. Wilson #67917
135 W. Adams Ave, Suite 200
St. Louis, MO 63104
(314) 588-0558
(314) 588-0634 FAX
boyd@obrienlawfirm.com
lbaumstark@obrienlawfirm.com
jwilson@obrienlawfirm.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 2nd day of July, 2026, this document was filed with the court via the CM/ECF system which will send notice to all parties of record.

_____/s/ *Luke A. Baumstark*___