**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

JANE DOE,                              )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )        No. 2:26- CV-30 JSD
                                       )
MARCUS LANE, et al.,                   )
                                       )
            Defendants.                )

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal without Prejudice as to Defendant Vevia Sturm Pursuant to Rule 41(a) (ECF No.18),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal Defendant Vevia Sturm without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).


_____
**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**


Dated this 2nd day of July, 2026.