**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS LANE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-CV-30-JSD |

**ORDER**

In accordance with Plaintiff's Notice of Voluntary Dismissal without Prejudice as to Defendants John or Jane Doe #1 and John or Jane Doe #2 Pursuant to Federal Rule 41(a) (ECF No. 29),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of John or Jane Doe #1 and John or Jane Doe #1 without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 25th day of November, 2026.